Tamra Phipps, Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellant.

UNITED STATES of America, Plaintiff–Appellee,

v.

Anthony BRADFORD, Defendant–Appellant.

No. 05–14225

Non–Argument Calendar.

D.C. Docket No. 99–00172–1–CR–CB.

United States Court of Appeals, Eleventh Circuit.

March 22, 2006.

Latisha Vanese Colvin, Frederick W. Tiemann, Carlos Alfredo Williams, Federal Defenders Office—Southern District of Alabama, Mobile, AL, for Defendant–Appellant.

Elmond T. Rolison, Jr., Mobile, AL, for Plaintiff–Appellee.

Appeal from the United States District Court for the Southern District of Alabama.

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Latisha V. Colvin, appointed counsel for Anthony Bradford, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bradford's revocation of supervised release and corresponding sentence is **AFFIRMED**.